UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISON

VINCENT THEDE, FREDDIE MINCEY,
WILLIAM HURST, BARRY CLINE
and VIRGIL BILL

      Plaintiffs,

vs.                              CASE NO. 6:15-CV-33-ORL-28GJK

B & D WATERBLASTING COMPANY, INC.
and DONALD HESS, JR.

      Defendants.

_____/

**JOINT REPORT REGARDING SETTLEMENT IN COMPLIANCE WITH
SCHEDULING ORDER DATED FEBRUARY 3, 2015**

      The Parties, by and through their undersigned counsel, hereby file this Joint Report Regarding Settlement in Compliance with this Court's Scheduling Order dated February 3, 2015, (Doc. 12) and state as follows:

_____ 1.     The Parties have settled the case;

_____ 2.     The Parties have not settled but wish to continue settlement discussions for a specific period of time;

_____ 3.     The Parties wish to engage in a formal mediation conference before a specific mediator on or before a specific date;

__X__ 4.     Defendants are requesting a settlement conference before the United States Magistrate Judge; or

_____ 5.     The Parties have exhausted all settlement efforts and will immediately file a Case Management Report signed by counsel for all Parties.

Dated this 4th day of May, 2015

| | |
|---|---|
| __/s/ Scott C. Adams_____ | __/s/ Aaron L. Zandy_____ |
| Scott C. Adams | Aaron L. Zandy |
| Florida Bar No. 0573442 | Florida Bar No. 0125271 |
| sadams@labaradams.com | azandy@fordharrison.com |
| N. Ryan Labar | Bret C. Yaw |
| Florida Bar No. 0010535 | Florida Bar No. 0100445 |
| rlabar@labaradams.com | byaw@fordharrison.com |
| | |
| LABAR & ADAMS, P.A. | FORD & HARRISON LLP |
| 1527 East Concord Street | 300 South Orange Avenue, Suite 1300 |
| Orlando, Florida 32803 | Orlando, Florida  32801 |
| Telephone:  (407) 835-8968 | Telephone:  (407) 418-2300 |
| Facsimile:  (407)  835-8969 | Facsimile:  (407) 418-2327 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

WSACTIVELLP:7532848.1