# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

VINCENT THEDE, FREDDIE MINCEY,
WILLIAM HURST, BARRY CLINE, and
VIRGIL BILL,

                    **Plaintiffs,**

-vs-                                      Case No. 6:15-cv-33-Orl-28GJK

B&D WATERBLASTING COMPANY,
INC., and DONALD HESS, JR.,

                      **Defendants.**

---

## ORDER

This case is before the Court on the Parties' Joint Motion for Approval of Settlement (Doc. No. 24) filed June 15, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting the Joint Notice of No Objection to the Report and Recommendation (Doc. 26), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 20, 2015 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds the Plaintiffs' compromise and the total settlement amount to be reasonable, including the agreement as to attorneys' fees and costs to be paid to Plaintiffs' counsel.

3.  The Joint Motion for Approval of Settlement (Doc. No. 24) is **GRANTED** only to the extent that the Court finds the parties' settlement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act.

4.  This case is dismissed with prejudice.

5.  The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28th day of July, 2015.

                                                                            JOHN ANTOON II
                                                                            United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record